# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LOTANO, an incapacitated person, RAMYA LOTANO, ELENA LOTANO and VINCENT E. LOTANO, guardians<br><br>Plaintiffs,<br><br>v.<br><br>SAINT JOSEPH'S UNIVERSITY,<br><br>Defendant. | CIVIL ACTION<br><br>NO. |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

Defendant Saint Joseph's University (the "University"), by and through its undersigned attorneys, hereby removes this case pursuant to 28 U.S.C. §§ 1331 and 1332, to this Court from the Philadelphia County Court of Common Pleas. In support, The University represents the following:

1. On or about November 28, 2023, Plaintiffs commenced a civil action by filing a complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania.

2. In their complaint, Plaintiffs allege that the University violated two federal statutes, the Americans with Disability Act (42 U.S.C. § 12101) and the Rehabilitation Act of 1973 (29 U.S.C. § 794). (See Complaint, which is contained in Exhibit A with the previously filed Writ of Summons, ¶¶ 94-97; ¶¶ 98-102).

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the action arises under the laws of the United States.

4. In addition, Plaintiffs are citizens of New Jersey and the University is a citizen of Pennsylvania.

5. The amount in controversy exceeds $75,000.

6. By reason of the foregoing and in accordance with 28 U.S.C. § 1441(c), the University desires and is entitled to have this case removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

7. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed within 30 days after Plaintiffs served the University with the complaint.

8. This Court is the district embracing the place where the State Court Action is pending for purposes of 28 U.S.C. § 1441(a).

9. True and correct copies of this Notice of Removal are being promptly filed with the Philadelphia Court of Common Pleas, and served this date upon Plaintiffs' counsel of record.

10. In accordance with 28 U.S.C. § 1446(a), the University attaches a copy of all process, pleadings, and orders served upon the defendant in this action as Exhibit A.

WHEREFORE, the University requests that this case be removed to the United States District Court for the Eastern District of Pennsylvania, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings.

Dated:   December 18, 2023            Respectfully submitted,

/s/ Kay Sickles
NEIL J. HAMBURG, Esquire
KAY SICKLES, Esquire
ID. NO. 32175, 75159
HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd, Suite 1106
Philadelphia, PA   19103

Attorneys for Defendant
Saint Joseph's University

## CERTIFICATE OF SERVICE

I, Kay Sickles, hereby certify that the foregoing Notice of Removal of Civil Action from State Court has been filed with the Clerk of Court and will be available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy is being served by email on December 18, 2023, on the following:

>Thomas J. Gregory, Esquire
>O'CONNOR KIMBALL LLP
>Two Penn Center, Suite 1100
>1500 John F. Kennedy Boulevard
>Philadelphia, PA 19102
>
>tgregory@OKLLP.com
>
>Counsel for Plaintiffs

/s/ Kay Sickles
KAY SICKLES